UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR-06-2128-WFN-1 |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER |
| ) | |
| LORENZO GONZALEZ-BERBER, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's Motion to Dismiss, filed November 2, 2006 (Ct. Rec. 30) by defense counsel Alex Hernandez, III.  Assistant United States Attorney Donald Kresse filed the Government's Response November 2, 2006 (Ct. Rec. 34) indicating the Government takes no position.

The Court has reviewed the file and pending Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Dismiss, filed November 2, 2006, **Ct. Rec. 30**, is **GRANTED**.

2. The Indictment filed August 16, 2006, **Ct. Rec. 14**, is **DISMISSED with prejudice**.

3. All remaining hearings currently scheduled in this matter are **STRICKEN**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the Yakima United States Probation Office.

ORDER - 1

1  **DATED** this 9th day of November, 2006.

4  11-09

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2